IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARTHA MARTINEZ,

            Plaintiff,

v.                                  CIVIL ACTION NO. 2:13-cv-16259

ETHICON, LLC,

            Defendant.

## MEM ORANDUM OPINION AND ORDER

On October 21, 2020, I entered an order directing plaintiff to show cause on or before November 4, 2020, why this case should not be dismissed without prejudice as to the remaining defendant, Ethicon, LLC, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that this case is dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant, Ethicon, LLC, within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER: November 5, 2020

                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE